Certificate Number: 05781-PAE-DE-028555268

Bankruptcy Case Number: 16-18167



05781-PAE-DE-028555268

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 31, 2016, at 10:13 o'clock AM PST, Angelina Buonassisi completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    December 31, 2016

By:    /s/Allison M Geving

Name:    Allison M Geving

Title:    President