United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-18167-mdc
Angelina D. Buonassisi                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin            Page 1 of 2         Date Rcvd: Mar 10, 2017
                       Form ID: 318            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2017.
```
db              Angelina D. Buonassisi,   718 Gilbertsville Rd,   Pottstown, PA  19464-1406
13827895        Bank of America,   PO Box 31785,   Tampa, FL  33631-3785
13827896        Brandywine Institute of Orthopaedics,   1561 Medical Dr,   Pottstown, PA  19464-3218
13827900        Client Services, Inc.,   PO Box 1503,   Saint Peters, MO  63376-0027
13827902        Family Guidance Center,   1235 Penn Ave Ste 205-206,   Wyomissing, PA  19610-2100
13827903        First National Bank of Omaha,   PO Box 2557,   Omaha, NE  68103-2557
13827906        KML Law Group PC,   701 Market St Ste 5000-Bny,   Philadelphia, PA  19106-1538
13827907        Main Line Healthcare,   PO Box 8500,   Philadelphia, PA  19178-8500
13827910        Northland Group Inc.,   PO Box 390905,   Minneapolis, MN  55439-0905
13827911       ++PATENAUDE AND FELIX APC,   501 CORPORATE DR,   SOUTHPOINTE CENTER SUITE 205,
                 CANONSBURG PA 15317-8584
                (address filed with court: Patenaude & Felix, APC,   213 E Main St,   Carnegie, PA  15106-2701)
13873043       +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA  23541-1021
13827912       +Pottstown Hospital,   1600 E High St,   Pottstown, PA 19464-5093
13827913       +Pottstown Memorial Medical Center,   1600 E High St,   Pottstown, PA 19464-5093
13827914        Professional Account Services, Inc.,   PO Box 188,   Brentwood, TN  37024-0188
13827915        Quakertown Veterinary Clinic,   2250 N Old Bethlehem Pike,   Quakertown, PA  18951-3948
13827918        WHCGPA Collections Dept.,   PO Box 1109,   Oaks, PA  19456-1109
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 10 2017 20:14:30     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 10 2017 20:13:34     Pennsylvania Department of Revenue,
                 Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 10 2017 20:14:01     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13827892        EDI: BANKAMER.COM Mar 10 2017 19:58:00     AAA Financial Services,   PO Box 15019,
                 Wilmington, DE  19886-5019
13827894        EDI: ARSN.COM Mar 10 2017 20:03:00     ARS National Services, Inc.,   PO Box 469100,
                 Escondido, CA  92046-9100
13827893        EDI: AMEREXPR.COM Mar 10 2017 20:03:00     American Express,   PO Box 1270,
                 Newark, NJ  07101-1270
13828787        EDI: BECKLEE.COM Mar 10 2017 19:58:00     American Express Bank FSB,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
13827897        E-mail/Text: cms-bk@cms-collect.com Mar 10 2017 20:12:53     Capital Management Services, LP,
                 698 1/2 S Ogden St,   Buffalo, NY  14206-2317
13827898        EDI: CAPITALONE.COM Mar 10 2017 20:03:00     Capital One,   PO Box 71083,
                 Charlotte, NC  28272-1083
13827899        EDI: CITICORP.COM Mar 10 2017 20:03:00     Citibank, N.A.,   PO Box 6004,
                 Sioux Falls, SD  57117-6004
13827901        E-mail/Text: ering@cbhv.com Mar 10 2017 20:13:42     Collection Bureau of Hudson Valley,
                 PO Box 831,   Newburgh, NY  12551-0831
13827904        EDI: FSAE.COM Mar 10 2017 20:03:00     FirstSource Advantage, LLC,   PO Box 628,
                 Buffalo, NY  14240-0628
13827905        EDI: WESTASSET.COM Mar 10 2017 20:03:00     Global Receivables Solutions, Inc.,   PO Box 956842,
                 Saint Louis, MO  63195-6842
13827908        E-mail/Text: mmrgbk@miramedrg.com Mar 10 2017 20:13:46     Miramed Revenue Group,
                 991 Oak Creek Dr,   Lombard, IL  60148-6408
13827909        EDI: NAVIENTFKASMSERV.COM Mar 10 2017 20:03:00     Navient,   PO Box 9635,
                 Wilkes Barre, PA  18773-9635
13827911        E-mail/Text: paparalegals@pandf.us Mar 10 2017 20:14:58     Patenaude & Felix, APC,
                 213 E Main St,   Carnegie, PA  15106-2701
13827916        EDI: WTRRNBANK.COM Mar 10 2017 20:03:00     TD Bank USA N.A.,   3701 Wayzata Blvd,
                 Minneapolis, MN  55416-3401
13827917        EDI: WFFC.COM Mar 10 2017 20:03:00     Wells Fargo Dealer Services,   PO Box 25341,
                 Santa Ana, CA  92799-5341
                                                                                               TOTAL: 18
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: admin             Page 2 of 2              Date Rcvd: Mar 10, 2017
                              Form ID: 318            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              JAMES W. ZERILLO    on behalf of Debtor Angelina D. Buonassisi jameszerillo@gmail.com,
               G28910@notify.cincompass.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 4
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Angelina D. Buonassisi** | Social Security number or ITIN **xxx−xx−2594** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **16−18167−mdc**

# Order of Discharge                                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Angelina D. Buonassisi

3/9/17                                                        **By the court:**   Magdeline D. Coleman
                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                           **Order of Discharge**                                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**